■ KEITH MORRILL, an Infant, by PHILIP C. NORRIS, His Guardian ad Litem, Appellant, v. THOMAS J. CUMMINGS et al., Respondents.— Order unanimously affirmed, without costs. (See *Fierman* v. *Cirillo*, 40 A D 2d 976.) (Appeal from order of Onondaga Special Term vacating notice of discovery and inspection.) Present — Del Vecchio, J. P., Marsh, Witmer, Cardamone and Henry, JJ.